CR13 00736 EJD PSG

SEALED BY ORDER OF THE COURT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

FILED E-filing

## *SAN JOSE DIVISION*

NOV 13 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**THE UNITED STATES OF AMERICA**

***vs.***

**SANJIV KAKKAR and NEELAM KAKKAR**

# INDICTMENT

**Count One:** **18 U.S.C. § 1014 - Making False Statements to a Bank**

**Counts Two-Seven:** **18 U.S.C. § 1343 – Wire Fraud**

***A true bill.***

[signature]
*Foreperson*

*Filed in open court this* 13TH *day of* November
*A.D. 201*3

[signature]
*United States Magistrate Judge*
Nathanael M. Cousins

***Bail. $*** ______

- no bail arrest warrants as to both defendants

- Indictment UNDER SEAL until further court order.

[signature]

DOCUMENT NO. CSA's INITIALS
DISTRICT COURT CRIMINAL CASE PROCESSING

SEALED BY ORDER OF THE COURT

E-filing

MELINDA HAAG (CABN 132612)
United States Attorney

FILED
NOV 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANJIV KAKKAR, and<br>NEELAM KAKKAR,<br>Defendants. | ) | No. CR 13 00736 EJD<br><br>VIOLATIONS: 18 U.S.C. §§ 1014 and 2 – Making False Statements to a Bank and Aiding and Abetting; 18 U.S.C. § 1343 – Wire Fraud<br><br>SAN JOSE VENUE<br><br>PSG |

# INDICTMENT

The Grand Jury charges:

## INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. Defendants SANJIV KAKKAR and NEELAM KAKKAR (collectively, "Defendants") were a married couple engaged in the business of owning and operating hotels within the Northern District of California and elsewhere.
2. The Defendants owned and operated The Brookdale Inn and Spa ("Brookdale") located at 11570 Highway 9, Boulder Creek, CA 95006.
3. SANJIV KAKKAR oversaw renovations and construction at the Brookdale, while NEELAM KAKKAR did all of the banking for the couple and their business.
4. State Bank of India California ("SBIC") is a fully owned subsidiary of the State Bank of India,

with a branch located at 675 N. First Street, Suite 105, San Jose, CA 95112. The deposits and accounts of SBIC are insured by the Federal Deposit Insurance Corporation ("FDIC").

5. Dixieline Builders Fund Control ("Dixieline") is a licensed escrow company located in San Diego, CA.

## SCHEME AND ARTIFICE TO DEFRAUD

6. In or about November 2008, SANJIV KAKKAR and NEELAM KAKKAR sought to re-finance their existing $4.5 million loan with SBIC on the Brookdale, requesting from SBIC a total loan of $6 million to pay off the original purchase loan, while providing Defendants an extra $1.5 million cash to be used to repair and renovate the Brookdale.

7. In order to secure the loan from SBIC, SANJIV KAKKAR and NEELAM KAKKAR submitted false and fraudulent information to SBIC in the form of false or altered U.S. tax forms.

8. As a condition of the new loan, SBIC contracted with Dixieline to disburse a portion of the refinance funds loaned to SANJIV KAKKAR and NEELAM KAKKAR and intended to be used to refurbish the Brookdale.

9. Money was transferred from SBIC to Dixieline to fund construction projects and SANJIV KAKKAR, as a condition of his loan contract, was required to submit vouchers to Dixieline for reimbursement based on progress on the construction at the Brookdale.

10. Dixieline was not required by their contract to do any physical inspections of the work alleged to have been performed before reimbursing Defendants.

11. Beginning in or around November 2008, and continuing through a date unknown, in the Northern District of California and elsewhere, defendant SANJIV KAKKAR did knowingly and intentionally devise a scheme and artifice to defraud Dixieline as to a material matter and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and omissions.

12. The gist of the scheme and artifice to defraud was that SANJIV KAKKAR would provide false, incomplete, and fraudulent information to Dixieline in order to induce Dixieline to send via wire a substantial "progress" payment when in truth and fact, the vast majority of the money was not

being spent in the way SANJIV KAKKAR claimed.

13. It was further part of the scheme to defraud that SANJIV KAKKAR used the fraudulently obtained money to fund either other portions of his business or personal expenses for himself and his family.

<u>COUNT ONE:</u> 18 U.S.C. § 1014 (Making False Statements to a Bank)

14. Paragraphs 1 through 13 are re-alleged and incorporated as if fully set forth here.

15. In or about November 2008, in the Northern District of California and elsewhere, the efendants,

SANJIV KAKKAR and NEELAM KAKKAR,

did knowingly make and cause to be made false statements for the purpose of influencing the action of the State Bank of India (California) ("SBIC"), an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with an application, commitment, and loan to refinance the Brookdale Inn and Spa, in that the defendants provided SBIC with false income information and false tax returns that overstated the defendants' business income, in violation of Title 18, United States Code, Sections 1014 and 2.

<u>COUNTS TWO – SEVEN:</u> 18 U.S.C. § 1343 (Wire Fraud)

16. Paragraphs 1 through 13 are re-alleged and incorporated as if fully set forth here and in each of Counts Two through Seven, below.

17. On or about the dates set forth below, in the Northern District of California and elsewhere, the defendant,

SANJIV KAKKAR,

for the purpose of executing a scheme and artifice to defraud, and to obtain money by means of materially false and fraudulent pretenses, representations, promises, and omissions, did knowingly transmit and cause to be transmitted by means of wire communications in interstate commerce certain writings, signs, and signals, as set forth further below:

| Count | Date | From | Processed through | To | Description |
|---|---|---|---|---|---|
| TWO | 01/21/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $99,975.00 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8160263 |
| THREE | 02/11/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $99,975.00 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8163795 |
| FOUR | 03/10/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $99,975.00 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8167480 |
| FIVE | 04/13/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $99,975.00 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8171869 |
| SIX | 05/11/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $100,000 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8175707 |
| SEVEN | 06/09/2009 | CALIFORNIA | NEW YORK | CALIFORNIA | Wire transfer in the amount of $9,975.00 from Dixieline to KAKKAR's Washington Mutual Account; Induced by Voucher # 8179529 |

Each in violation of Title 18, United States Code, Section 1343.

DATED: 11/13/13

A TRUE BILL

FOREPERSON

MELINDA HAAG
United States Attorney

JEFF NEDROW
San Jose Branch Chief

Approved as to form:

AMIE D. ROONEY
Assistant United States Attorney

AO 257 (Rev. 6/78) SEALED BY ORDER OF THE COURT

E-filing

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
NOV 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

Count One: 18 U.S.C. §§ 1014 and 2 - Making False Statements to a Bank and Aiding and Abetting

Counts Two-Seven: 18 U.S.C. § 1343 - Wire Fraud

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Count One: Max: 30 years imprisonment, Max: $1 million fine, Max: 5 years supervised release, $100 special assessment for Counts Two-Seven (per count): Max: 20 years imprisonment, Max: $250,000 fine, Max: 5 years supervised release, $100 special assessment per count

## DEFENDANT - U.S

SANJIV KAKKAR

DISTRICT COURT NUMBER
CR 13 00736 EJD

## PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Barbara Maxwell - ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE — SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant — MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Amie Rooney

## DEFENDANT

PSG

### IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST — Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY — Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

A1

AO 257 (Rev. 6/78)

SEALED BY ORDER OF THE COURT

E-filing

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count One: 18 U.S.C. §§ 1014 and 2 - Making False Statements to a Bank and Aiding and Abetting

☐ Petty ☐ Minor ☐ Misdemeanor ☒ Felony

PENALTY: Count One: Max: 30 years imprisonment, Max: $1 million fine, Max: 5 years supervised release, $100 special assessment fee

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

FILED
NOV 13 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

NEELAM KAKKAR

DISTRICT COURT NUMBER
CR 13 00736 EJD

**DEFENDANT**

PSG

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Barbara Maxwell - ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. ATTORNEY ☐ DEFENSE } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under } MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: MELINDA HAAG

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): AUSA Amie Rooney

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT

Bail Amount: None

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time: Before Judge:

Comments:

A2